UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
-------------------------------X
INNOVATIVE SPORTS MANAGEMENT, INC,

        Plaintiff,                      2:20-CV-14251 WJM

v.
                                        O R D E R
EL PUNTO MARINO RESTAURANT LLC,

        Defendants.
-------------------------------X
```

    A Report and Recommendation was filed on November 4, 2021, recommending that Plaintiff's Motion for Attorney's Fees and Costs (ECF#17) be granted.

    The parties were notified that they had fourteen (14) days to submit objections pursuant to Local Rule 72.1 (c)(2); no objection or responses having been received by the Court and the Court having reviewed the Report and Recommendation, and for good cause shown;

    It is on this 30th day of November 2021

    **ORDERED** that the Report and Recommendation of Magistrate Judge Leda Dunn Wettre is adopted as the Opinion of this Court; and it is further

    **ORDERED** that Plaintiff's motion for attorney's fees and costs be granted; the Judgment entered on September 9, 2021 shall be amended to include an award of fees and costs in the amount of $4,809.00.

                                                  s/William J. Martini

                                                _____

                                                WILLIAM J. MARTINI, U.S.D.J.